STARK & STARK
A Professional Corporation
By: Timothy P. Duggan, Esq. (TD-3231)
993 Lenox Drive, Bldg. 2
P.O. Box 5315
Princeton, New Jersey 08543-5315
(609) 896-9060
Attorneys for Rock Creek Condominium
Association, Inc.

JUN 18 2008

| In Re: | UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF VIRGINIA |
|---|---|
| AMERICAN STANDARD BUSINESS SYSTEMS, INC. | Case No. 08-60478 |
| Debtor | Chapter 7 |

### REQUEST FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that Stark & Stark, P.C., counsel to Rock Creek Condominium Association, Inc., hereby request that pursuant to the provisions of Bankruptcy Rule 9010, that all notices given or required to be given, and all papers served or required to be served, in this case, be provided to and served upon the following attorneys at the address set forth below:

STARK & STARK
A Professional Corporation
Attn: Timothy P. Duggan, Esq.
993 Lenox Drive, Bldg. 2
P.O. Box 5315
Princeton, New Jersey 08543-5315
Tele: (609) 896-9060
Fax: (609) 895-7395
Email: tduggan@Stark-Stark.com

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

STARK & STARK
A Professional Corporation
Attorneys for Rock Creek Condominium
Association, Inc.

BY: _____
TIMOTHY P. DUGGAN

Dated: June 6, 2008

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

G:\docs\LIT\DUG\Rock Creek\Notice of Appearance.wpd         -2-

# STARK & STARK
A PROFESSIONAL CORPORATION

TIMOTHY P. DUGGAN
DIRECT DIAL NUMBER
609-895-7375
DIRECT FAX NUMBER
609-895-7395
E-MAIL
tduggan@stark-stark.com

JUN 18 2008

ATTORNEYS AT LAW

OFFICE: 993 LENOX DRIVE  LAWRENCEVILLE, NJ  08648-2389

MAILING: PO BOX 5315  PRINCETON, NJ  08543-5315

609-896-9060 (PHONE)   609-896-0629 (FAX)

WWW.STARK-STARK.COM

June 16, 2008

Clerk, United States Bankruptcy Court
Western District of Virginia
226 United States Courthouse
1101 Court Street
Lynchburg, VA 24504

In Re:  American Standard Building Systems, Inc.
        Case No. 08-60478

Dear Clerk:

Please find enclosed an original and copy of a Notice of Appearance. Kindly file same, returning a "filed" copy in the self-addressed stamped envelope provided.

Thank you for your attention to this matter.

Very truly yours,

STARK & STARK
A Professional Corporation

By: _____
    TIMOTHY P. DUGGAN

TPD/das
Enclosure

G:\docs\LIT\DUG\Rock Creek\Clerk.June 16.wpd

75 CELEBRATING OUR
seventyfifthanniversary       PRINCETON  •  PHILADELPHIA  •  MARLTON  •  NEW YORK  •  NEWTOWN